IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BETTIE MONTGOMERY,                )
                                  )
            Plaintiff,            )
                                  )
      v.                          )    No.  11 C 9196
                                  )
AMERICA'S SERVICING COMPANY,      )
                                  )
            Defendant.            )

<u>MEMORANDUM ORDER</u>

Bettie Montgomery ("Montgomery") has submitted a Verified Complaint charging America's Servicing Company with the asserted violation of several federal statutes "based upon Defendants' [sic] failure to respond to Plaintiff's Qualified Written Request in accordance with the law." Montgomery has accompanied the Complaint and its bulky exhibits with an In Forma Pauperis Application ("Application"), for which purpose she used the form made available by the Clerk's Office.

This Court's examination of the latter document reveals that Montgomery is not seeking to be relieved from payment of the filing fee as such, but rather to obtain the right "to proceed without full prepayment of fees." At the bottom of the first page of the Application, Montgomery has handwritten:

> I Bettie Montgomery need thirty days to pay the full following filing fees.

That request is of course granted, and Montgomery will be allowed until February 6 to do so. Once the filing fee is paid, this Court will enter its customary initial scheduling order and

this action can go forward.[1]

```
                              _____
                              Milton I. Shadur
                              Senior United States District Judge
```

Date:  January 5, 2012

---

[1] This memorandum order is procedural only. No view is expressed here as to the viability or nonviability of Montgomery's claims or as to the propriety or lack of propriety of the extensive document that she has characterized as a "qualified written request."